# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> BLUESTEM BRANDS, INC., <br>         Debtor. <br> Tax I.D. No. 61-1425164 | Chapter 11 <br> Case No. 20-10566 (MFW) |
| In re: <br> HABAND COMPANY LLC, <br>         Debtor. <br> Tax I.D. No. 22-1838496 | Chapter 11 <br> Case No. 20-10567 (MFW) |
| In re: <br> ORCHARD BRANDS SALES AGENCY, LLC, <br>         Debtor. <br> Tax I.D. No. 90-0858855 | Chapter 11 <br> Case No. 20-10568 (MFW) |
| In re: <br> BLAIR LLC, <br>         Debtor. <br> Tax I.D. No. 25-0691670 | Chapter 11 <br> Case No. 20-10569 (MFW) |
| In re: <br> HOME FOREVER LLC, <br>         Debtor. <br> Tax I.D. No. 47-1372324 | Chapter 11 <br> Case No. 20-10570 (MFW) |

| | |
|---|---|
| In re: ) | Chapter 11 |
| GOLD VIOLIN LLC, ) | Case No. 20-10571 (MFW) |
| Debtor. ) | |
| Tax I.D. No. 94-3350873 ) | |
| | |
| In re: ) | Chapter 11 |
| NORM THOMPSON OUTFITTERS LLC, ) | Case No. 20-10572 (MFW) |
| Debtor. ) | |
| Tax I.D. No. 93-0788344 ) | |
| | |
| In re: ) | Chapter 11 |
| VALUE SHOWCASE LLC, ) | Case No. 20-10573 (MFW) |
| Debtor. ) | |
| Tax I.D. No. 27-1992920 ) | |
| | |
| In re: ) | Chapter 11 |
| NORTHSTAR HOLDINGS INC., ) | Case No. 20-10574 (MFW) |
| Debtor. ) | |
| Tax I.D. No. 47-1746823 ) | |
| | |
| In re: ) | Chapter 11 |
| BLUESTEM SALES, INC., ) | Case No. 20-10575 (MFW) |
| Debtor. ) | |
| Tax I.D. No. 45-4701539 ) | |

| | |
|---|---|
| In re: ) <br> ) <br> APPLESEED'S HOLDINGS, INC., ) <br> ) <br>                Debtor. ) <br> ) <br> Tax I.D. No. 04-3459117 ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 20-10576 (MFW) |
| In re: ) <br> ) <br> BLUESTEM ENTERPRISES, INC., ) <br> ) <br>                Debtor. ) <br> ) <br> Tax I.D. No. 45-4701237 ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 20-10577 (MFW) |
| In re: ) <br> ) <br> BLUESTEM FULFILLMENT, INC., ) <br> ) <br>                Debtor. ) <br> ) <br> Tax I.D. No. 43-1975931 ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 20-10578 (MFW) |
| In re: ) <br> ) <br> ORCHARD BRANDS INTERNATIONAL, ) <br> INC., ) <br> ) <br>                Debtor. ) <br> ) <br> Tax I.D. No. 25-1878962 ) <br> ) | Chapter 11 <br><br> Case No. 20-10579 (MFW) |
| In re: ) <br> ) <br> ORCHARD BRANDS CORPORATION, ) <br> ) <br>                Debtor. ) <br> ) <br> Tax I.D. No. 20-8876322 ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 20-10580 (MFW) |

| | |
|---|---|
| In re: </br> DRAPER'S & DAMON'S LLC, </br>             Debtor. </br> Tax I.D. No. 95-3132759 | Chapter 11 </br> Case No. 20-10581 (MFW) |
| In re: </br> JOHNNY APPLESEED'S, INC., </br>             Debtor. </br> Tax I.D. No. 04-1105560 | Chapter 11 </br> Case No. 20-10582 (MFW) |
| In re: </br> WINTERSILKS, LLC, </br>             Debtor. </br> Tax I.D. No. 59-3550688 | Chapter 11 </br> Case No. 20-10583 (MFW) </br></br> **Re: Docket No. 2** |

**ORDER (I) DIRECTING JOINT ADMINISTRATION**
**OF CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion</u>")[1] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>"), (a) directing joint administration of the Debtors' related chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

4

the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 20-10566 (MFW).

3. The caption of the Debtors' jointly administered chapter 11 cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BLUESTEM BRANDS, INC., *et al.*,[1] | Case No. 20-10566 (MFW) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Bluestem Brands, Inc. (5164); Appleseed's Holdings, Inc. (9117); Blair LLC (1670); Bluestem Enterprises, Inc. (1237); Bluestem Fulfillment, Inc. (5931); Bluestem Sales, Inc. (1539); Draper's &Damon's LLC (2759); Gold Violin LLC (0873); Haband Company LLC (8496); Home Forever LLC (2324); Johnny Appleseed's, Inc. (5560); Norm Thompson Outfitters LLC (8344); Northstar Holdings Inc. (6823); Orchard Brands Corporation (6322); Orchard Brands International, Inc. (8962); Orchard Brands Sales Agency, LLC (8855); Value Showcase LLC (2920); WinterSilks, LLC (0688). The service address for each of the above Debtors is 7075 Flying Cloud Drive, Eden Prairie, Minnesota 55344.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry shall be made in each of the Debtors' chapter 11 cases, other than that of Bluestem Brands, Inc., that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of: Bluestem Brands, Inc., Case No. 20-10566 (MFW); Appleseed's Holdings, Inc., Case No. 20-10576 (MFW); Blair LLC, Case No. 20-10569 (MFW); Bluestem Enterprises, Inc., Case No. 20-10577 (MFW); Bluestem Fulfillment, Inc., Case No. 20-10578 (MFW); Bluestem Sales, Inc., Case No. 20-10575 (MFW); Draper's & Damon's LLC, Case No. 20-10581 (MFW); Gold Violin LLC, Case No. 20-10571 (MFW); Haband Company LLC, Case No. 20-10567 (MFW); Home Forever LLC, Case No. 20-10570 (MFW); Johnny Appleseed's, Inc., Case No. 20-10582 (MFW); Norm Thompson Outfitters LLC, Case No. 20-10572 (MFW); Northstar Holdings Inc., Case No. 20-10574 (MFW); Orchard Brands Corporation, Case No. 20-10580 (MFW); Orchard Brands International, Inc., Case No. 20-10579 (MFW); Orchard Brands Sales Agency, LLC, Case No. 20-10568 (MFW); Value Showcase LLC, Case No. 20-10573 (MFW); WinterSilks, LLC, Case No. 20-10583 (MFW). **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 20-10566 (MFW)**.

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the District of Delaware shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: March 10th, 2020
Wilmington, Delaware

MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE